In re BACKUS.

(Supreme Court, Appellate Division, Fourth Department.   June 5, 1912.)

1. ATTORNEY AND CLIENT (§ 10*)—ADMISSION TO PRACTICE—RULES OF COURT.
    Under rule 2, Court of Appeals Rules (48 N. E. vii), relating to admission of attorneys, and rule 1, general rules of practice of Supreme Court, authorizing the Appellate Division in its discretion to admit to practice without examination persons admitted to practice by, and who have practiced for three years in, the highest court of law of another state, the Appellate Division has no power to admit without examination a person admitted to practice in the highest court of original jurisdiction in Pennsylvania, which admission did not entitle him to practice in the Supreme Court of that state.
    [Ed. Note.—For other cases, see Attorney and Client, Cent. Dig. § 14; Dec. Dig. § 10.*]

2. ATTORNEY AND CLIENT (§ 10*)—ADMISSION TO PRACTICE—RULES OF COURT.
    Admission to the bar by the Appellate Division admits the applicant to practice in all the courts of the state, including the Court of Appeals.
    [Ed. Note.—For other cases, see Attorney and Client, Cent. Dig. § 14; Dec. Dig. § 10.*]

Application by Frederick W. Backus, an attorney admitted to practice in the state of Pennsylvania, to be admitted to practice in the courts of this state.   Application denied.

Argued before McLENNAN, P. J., and SPRING, KRUSE, ROBSON, and FOOTE, JJ.

PER CURIAM.   [1] The applicant was admitted to practice in the several courts in the Forty-Eighth judicial district of the state of Pennsylvania, but was never admitted to practice in the Supreme Court of that state, as is necessary to entitle him to practice in that court, which is the highest court in the state of Pennsylvania.   Although the courts in which the applicant has been admitted are courts of the highest original jurisdiction, that does not entitle him to admission here without examination.   The rules of the Court of Appeals and of the Appellate Division of the Supreme Court provide that in the discretion of the Appellate Division a person may be admitted to practice in the courts of this state without examination who has been admitted to practice and has practiced three years as an attorney and counselor in the highest court of law in another state.   Rule 2, Court of Appeals (48 N. E. vii), relating to admission of attorneys; rule 1, general rules of practice of the Supreme Court.

[2] Admission under our rules by the Appellate Division admits an applicant to practice in all the courts of this state, including the Court of Appeals, which is the highest court.   We think the applicant is not entitled to be admitted to practice in this state without being admitted to practice in the Supreme Court of Pennsylvania, and having practiced there for the required length of time.

The application should therefore be denied.

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes